PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Edwin Colon             Cr.: 03-CR-644-01
                                                                                             PACTS #: 37181

Name of Sentencing Judicial Officer: The Honorable William G. Bassler

Date of Original Sentence: 03/22/05

Original Offense: Conspiracy to Import More than One kilogram of Heroin, in violation of 21 U.S.C. § 963

Original Sentence: 63 months BOP; 5 years TSR

Type of Supervision: Supervised Release            Date Supervision Commenced: 02/04/08

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender violated the condition which states, "The defendant shall not commit another federal, state, or local crime." |
| | On May 21, 2010, the offender was arrested in Brooklyn, New York on charges of Grand Larceny in the 4th degree, and Attempted Harassment in the 2nd degree. The offender was released on his own recognizance. |
| | On July 26, 2010, the offender appeared in Kings County Criminal Court and plead guilty to Disorderly Conduct, a violation of the New York Penal Law (NYPL) § 240.20. He was ordered to pay a $120 fine, which has been satisfied. |

U.S. Probation Officer Action:

The offender is under the supervision of the U.S. Probation Office in the Eastern District of New York. The offender's whereabouts and activities are being monitored by that office and it is respectfully recommended that no action be taken at this time. The offender is making a positive adjustment towards supervision in all other areas and is being considered for placement on a low intensity caseload.

                                                           Respectfully submitted,

                                                           By: Kenneth W. Manuel
                                                               U.S. Probation Officer
                                                               Date: 02/22/11

PROB 12A - Page 2
Edwin Colon

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Other: The Court concurs with recommendation

_____
Signature of Judicial Officer

2/25/11
_____
Date

Dennis M. Cavanaugh
U.S. District Judge