PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Edwin Colon

Cr.: 03-0644-001
PACTS Number: 37181

Name of Sentencing Judicial Officer: Honorable Dennis M. Cavanaugh

Date of Original Sentence: 03/22/05

Original Offense: Conspiracy to Import More than One Kilogram of Heroin

Original Sentence: 63 months imprisonment; 4 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: 2/4/08

## PETITIONING THE COURT

[ ]   To extend the term of supervision for       Years, for a total term of       Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

LOCATION MONITORING PROGRAM  (4 months)  (Payment NOT waived)

You are to participate in the Location Monitoring Program. You shall be confined to your residence for a period of 4 months commencing at the direction of the U.S. Probation Office. You shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. You shall wear a Location Monitoring device and follow all location monitoring procedures. You shall permit the Probation Officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. You shall comply with any other specific conditions of home confinement as the Court may require. You shall pay all the costs associated with the Location Monitoring Device. The U.S. Probation Office may use less restrictive location monitoring technology if the U.S. Probation Office determines that a less restrictive device is available and appropriate.

## CAUSE

Throughout his term of supervision, the offender has incurred a total of three arrests. Most recently, on June 13, 2012, the offender was arrested by New York Police Department, and was charged with unlawful dealing of fireworks. He pled guilty and was ordered to perform two days community service and assessed a monetary sanction. Furthermore, the offender admitted he traveled outside the district and associated with a convicted felon without permission from the probation officer.

PROB 12B - Page 2
Edwin Colon

Respectfully submitted,
Carolee Ann Azzarello
2012.09.13 10:38:13 -04'00'

By: Elisa Martinez
U.S. Probation Officer
Date: 09/04/12

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

24 SEPTEMBER 2012
_____
Date

PROB 49
(NYEP-2/25/11)

# United States District Court

## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and the assistance of counsel before any unfavorable change(s) may be made in my conditions of Probation and/or Supervised Release or before my period of supervision can be extended. By assistance of counsel, " I understand that I have the right to be represented at a hearing by counsel of my choosing if I am able to retain counsel. I also understand that I have the right to request that the Court appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel. "

I hereby voluntarily waive my statutory right to a hearing and to the assistance of counsel. I also hereby agree to the following modification (s) of my conditions of Probation and/or Supervised Release or to the proposed extension of my term of supervision:

*For a period of __four__ months, the defendant shall be confined to his/her residence, commencing on a date approved by the U.S. Probation Office. The defendant shall be required to be at his/her residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs, and at other such times as may be specifically authorized, in advance, by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow all location monitoring procedures. The defendant shall permit the Probation Officer access to the residence at all times and maintain a telephone without any custom services at the residence. During this period, the defendant may be placed on a curfew if the U.S. Probation Office determines that this less restrictive form of location monitoring is appropriate. The defendant shall pay all the costs associated with the location monitoring services and shall disclose all financial information and documents to the Probation Department to assess his/her ability to pay.*

Witness: _____     Signed: _____
U.S. Probation Officer                        Probationer or Supervised Releasee

7-3-12
Date